

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
OF PO BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

RTS
Discharged

**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

ZIP 78701 $ 000.27
02 1W
0001401603 NOV 09 2015

**10/30/2015**
**MEANS, TAVARIS**      Tr. Ct. No. W14-76746-H(A)      **WR-84,139-01**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

TAVARIS MEANS
MIDDLETON UNIT - TDC # 2005242
13055 FM 3522
ABILENE, TX 79601